IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOYCE ANN MAYFIELD, | |
| Plaintiff, | CIVIL ACTION NO.: 4:24-cv-198 |
| v. | |
| COMMMISSIONER BRUCE THOMPSON, | |
| Defendant. | |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's September 17, 2024, Report and Recommendation, (doc. 8), to which plaintiff objected, (doc. 9). As the Magistrate Judge explained, Plaintiff's Complaint "challeng[es] a determination by the Georgia Department of Labor that she was ineligible for unemployment benefits." (Doc. 8, p. 1.) The Magistrate Judge concluded that the Complaint did not—and, given the nature of the claim, could not—assert any sufficient basis for this Court's subject matter jurisdiction. (Id., pp. 4-5.) Moreover, even if jurisdiction could be established, any claim against the Commissioner in his official capacity would be barred by the Constitution's Eleventh Amendment. (Id., pp. 5-6.) Mayfield's Objection does not address the Magistrate Judge's analysis at all. (See generally doc. 9.) She contends that it "infringes upon GA Code § 1-2-6(b)," Federal Rule of Civil Procedure 26, and "34-8-223," which the Court infers refers to O.C.G.A. § 34-8-223, which provides for judicial review, in state courts, of decisions of the Department of Labor, cf. O.C.G.A. § 34-8-223(b) (aggrieved party "may secure judicial review by filing a petition against the Commissioner in the superior court of the county where there employee was last employed."

(emphasis added)).  None of those authorities alter the Magistrate Judge's conclusion that the Complaint does not plead any basis for this Court's subject matter jurisdiction and, even if it did, that the Commissioner is immune from suit in this Court.  Her Objection is, therefore, **OVERRULED**.  (Doc. 9.)  Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion.  (Doc. 8.)  Plaintiff's Complaint is **DISMISSED**.  (Doc. 1.)  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

    **SO ORDERED**, this 21st day of October, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA